**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ORCUN GUNDUZALP,

                     Petitioner,              26 **CIVIL** 2330 (GBD)

      -against-                                  **JUDGMENT**

WILLIAM JOYCE, *Acting New York Field Office*
*Director, Immigration and Customs Enforcement, US.*
*Department of Homeland Security;* KRISTI NOEM,
*Secretary, US. Department of Homeland Security;*
PAMELA BONDI, *US. Attorney General,*

                    Respondents.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated April 8, 2026, Petitioner's petition

for writ of habeas corpus is GRANTED IN PART; accordingly, the case is closed.

**DATED:** New York, New York
        April 10, 2026

                               **TAMMI M. HELLWIG**
                              _____
                                **Clerk of Court**

             **BY:**                                                
                                           **Deputy Clerk**